Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No. 1:15-cv-01556-BAM |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| LINCOLN MARKET OF LEMOORE, INC., et al., | |
| Defendants. | |

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendants Lincoln Market of Lemoore, Inc.; Joseph P. Nugent; and Michael Maccagno dba Best Buy Market #4. Each party shall bear its own attorney's fees and costs.  The Clerk may close this case.

IT IS SO ORDERED.

Dated:   **May 5, 2016**                    /s/ Barbara A. McAuliffe             
                                                       UNITED STATES MAGISTRATE JUDGE